```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12347
   MARVA BRYANT
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-0746
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/11/07 .

2. The case was dismissed without confirmation, 12/21/2007.

3. The Debtor paid a total of $   6372.24 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ILLINOIS TITLE LOANS | SECURED VEHIC | .00 | .00 | 904.55 |
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 904.55 | .00 | .00 | .00 | 904.55 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 904.55 | .00 | .00 | .00 | 904.55 |

The Debtor's attorney, GLEASON & MACMASTER           , was allowed $   3000.00 and was paid $    726.00   direct and $    2274.00   through the plan.

The Trustee received $    142.37 .

Refunds to the Debtor totaled $    3051.32 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
   Dated: 04/11/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

```
                                        PAGE   2
     CASE NO. 07 B 12347 MARVA BRYANT
```